**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2194**

———————

JACOB ROGINSKY, Dr.,

                                        Plaintiff - Appellant,

        versus


VERONICA  V.  BLAKE;  WILLIAM  F.  OLMSTED,  Law
Office   of   Olmsted   &   Olmsted;   MARY   SUE
GREISMAN, Law Offices of Greisman & Carroll;
PATRICIA N. DRUMMOND, Law Office of Drummond &
O'Brien;  JAMES E. LEWIS, Ph.D., Psychology &
Education  Associates;   THE   LAW   OFFICE   OF
OLMSTED & OLMSTED; THE LAW OFFICES OF GREISMAN
&  CARROLL;  THE  LAW  OFFICES  OF  DRUMMOND  &
O'BRIEN; PSYCHOLOGY & EDUCATION ASSOCIATES,

                                        Defendants - Appellees,

        and


AMY J. BRAGUNIER, Honorable, individually and
in her official capacity; ROBERT C. NALLEY,
Honorable,  individually  and  in  his  official
capacity;  jointly,  severally  and  individually,

                                        Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-00-348-AW)

———————

Submitted:  December 14, 2000       Decided:  December 19, 2000

Before WIDENER, WILKINS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jacob Roginsky, Appellant Pro Se.  William Franklin Olmsted, Edward W. Olmsted, LaPlata, Maryland; Jeffrey J. Hines, Richard Wayne Driscoll, ECCLESTON & WOLF, Washington, D.C.; Phillip R. Zuber, Upper Marlboro, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dr. Jacob Roginsky appeals the district court's order denying relief on his civil complaint.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Roginsky v. Blake, No. CA-00-348-AW (D. Md. filed Aug. 11; entered Aug. 14, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED